04/01/2025

To whom it may concern ,

This is a formal request for a voluntary dismissal of my case number 25-31243
I have decided not to proceed with this process and made the decision to keep my
debt as is and not restructure it.

If you have any questions, please reach out to me at (706)304-3024.

Respectfully,

Ayssac Yarell Correa Martinez
04/01/2025
DOB:10/15/1999
Last 4 of social:0516

United States Courts
Southern District of Texas
FILED

APR 0 1 2025

Nathan Ochsner, Clerk of Court