**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Ayssac Yarell Correa Martinez and Shirly Daniela Guardado–Funez | Case No.: 25–31243 |
| | | Chapter: 13 |
| | Debtor | |

---

**ORDER**
**RESETTING HEARING AND**
**REQUIRING SERVICE BY UNITED STATES TRUSTEE**

On 4/7/25, Ayssac Yarell Correa Martinez and Shirly Daniela Guardado–Funez failed to appear at the initial hearing. It is therefore

**ORDERED**:

1. The initial hearing is reset to **April 30, 2025 at 08:30 AM**. (Central Standard Time) before the United States Bankruptcy Court, 515 Rusk Ave, Courtroom 8B, Houston Texas 77002.

2. Ayssac Yarell Correa Martinez and Shirly Daniela Guardado–Funez must attend the hearing, in person, and on time. Failure of Ayssac Yarell Correa Martinez and Shirly Daniela Guardado–Funez to appear may result in the issuance of further orders as set forth in this Court's order for initial hearing.

3. Pursuant to Bankruptcy General Order 2021-05 parties may either appear electronically or in person unless otherwise ordered by this Court.

4. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed to: (i) call in utilizing the dial-in-number for hearings before Judge Rodriguez at **832-917-1510**, conference room number 999276 **and** (ii) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: judgerodriguez. **Parties MUST HAVE TWO SEPARATE DEVICES to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.**

5. Within seven (7) calendar days from the issuance of this Order, the United States Trustee must serve of a copy of this Order, and the order for initial hearing on Ayssac Yarell Correa Martinez and Shirly Daniela Guardado–Funez by regular first-class mail and file a certificate of service with the Court.

Signed and Entered on Docket: 4/7/25.

Eduardo V. Rodriguez
Chief United States Bankruptcy Judge