UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   25-31243 |
| AYSSAC YARELL CORREA MARTINEZ & SHIRLY DANIELA GUARDADO-FUNEZ | § | |
| DEBTOR(S), | § | CHAPTER   13 |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**HARRIS CO ESD # 07          LONE STAR COLLEGE SYSTEM     HARRIS CO ESD # 11**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on  11th  day of  April  ,2025, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

| | |
|---|---|
| TIFFANY D CASTRO | AYSSAC YARELL CORREA |
| OFFICE OF CHAPTER 13 TRUSTEE | MARTINEZ & SHIRLY DANIELA |
| 1220 AUGUSTA DRIVE, STE 500 | GUARDADO-FUNEZ |
| HOUSTON, TX 77057 | 3907 ALGENON DRIVE |
| | SPRING, TX 77373 |

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone:  (713) 844-3400
Facsimile:   (713) 844-3503
Email:         houston_bankruptcy@lgbs.com

By: /s/ Tara L. Grundemeier
      Tara L. Grundemeier
      SBN: 24036691 TX