UNITED STATES BANKRUPTCY COURT
Southern District of Texas Houston

| | |
|---|---|
| In re:<br> Ayssac Yarell Correa Martinez and Shirly Daniela Guardado-Funez,<br>         Debtor(s). | Case No.: 25-31243<br>Chapter: 13 |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 04/17/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

ORDER RESETTING HEARING AND REQUIRING SERVICE BY UNITED STATES TRUSTEE

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
04/17/2025

*Tinamarie Feil*
Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**Ayssac Yarell Correa Martinez and Shirly Daniela Guardado-Funez 25-31243**

| List ID | Name and Address of Served Party | Mode of Service |
| --- | --- | --- |
| 23216 | Ayssac Yarell Correa Martinez, 3907 Algernon Dr., HARRIS-TX, Spring, TX, 77373, United States of America | **First Class** |
| 23216 | Shirly Daniela Guardado-Funez, 3907 Algernon Dr., HARRIS-TX, Spring, TX, 77373, United States of America | **First Class** |