UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:  Ayssac Yarell Correa Martinez                     Case No: 25-31243-H3-13
      Shirly Daniela Guardado-Funez                    Chapter 13
      Debtors

## NOTICE OF HEARING REGARDING (1) CONFIRMATION OF PROPOSED CHAPTER 13 PLAN, (2) VALUATION OF COLLATERAL; (3) DISMISSAL OF CHAPTER 13 BANKRUPTCY CASE, (4) CONVERSION OF CHAPTER 13 CASE, AND (5) ENTRY OF OTHER ORDERS CONCERNING ADMINISTRATION OF CASE

The United States Bankruptcy Court will conduct a hearing on whether (1) to confirm the debtor(s)' proposed bankruptcy plan, (2) dismiss this case, (3) convert this case to a case under Chapter 7, and/or (4) to enter other orders concerning the administration of this case. The Court will also consider valuation of security pursuant to Fed. R. Bankr. P. 3012. The hearing will take place at 10:30 am on June 12, 2025 at 515 Rusk Ave, Houston, TX 77002, on the of the U.S. Courthouse, in Courtroom 8B.

Attached to this notice is a copy of the statistical cover sheet submitted by the debtor(s) with their proposed plan. This cover sheet serves as a summary of the plan. A complete copy of the proposed plan is available from clerk of the Court or the Debtors attorney. The Court may consider the current plan or a modified plan at the confirmation hearing.

If you object to confirmation of the plan, you must file your objection at least five days before the confirmation hearing and serve a copy of the objection on Debtors, Debtors' counsel, the Chapter 13 trustee, and parties requesting notice.

If the plan is not confirmed, the Court may consider whether to dismiss this Chapter 13 case due to unreasonable delay that is prejudicial to creditors. The Court may also consider whether the case should be converted to a case under Chapter 7 of the Bankruptcy Code.

The Court may also consider whether to enter other orders that are appropriate for administration of this case.

                                                /s/ Tiffany D. Castro
                                                Tiffany D. Castro, Trustee
                                                Admissions I.D. No. 1419995
                                                1220 Augusta Drive, Suite 500

Houston, TX  77057
(713) 722-1200

The Debtor(s)' **"Plan Summary and Statistical Cover Sheet to Proposed Plan"** is not attached because it was not on file with the Court. Please contact the **Debtor's Attorney** for more information.

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 25-31243-evr
Ayssac Yarell Correa Martinez  Chapter 13
Shirly Daniela Guardado-Funez
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Apr 17, 2025      Form ID: pdf012      Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ayssac Yarell Correa Martinez, Shirly Daniela Guardado-Funez, 3907 Algernon Dr., Spring, TX 77373-7430 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Apr 17 2025 21:29:00 | Harris County ESD #07, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 17 2025 21:29:00 | Harris County ESD #11, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | + | Email/Text: houston_bankruptcy@LGBS.com | Apr 17 2025 21:29:00 | Lone Star College System, c/o Tara L. Grundemeier, PO Box 3064, Harris County LGBS Clientsc/o Tara L. G, Houston, TX 77253-3064, UNITED STATES 77253-3064 |
| 12921823 | | Email/Text: houston_bankruptcy@LGBS.com | Apr 17 2025 21:29:00 | Harris County LGBS Clients, c/o Tara L. Grundemeier, Linebarger Goggan Blair & Sampson LLP, PO Box 3064, Houston, Texas 77253-3064 |
| 12897144 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 17 2025 21:27:00 | INTERNAL REVENUE SERVICE, P O Box 7346, Philadelphia PA 19101-7346 |
| 12898783 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2025 21:32:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 12894784 | + | Email/Text: bankruptcy@regionalmanagement.com | Apr 17 2025 21:26:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PennyMac Loan Services, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2025 | Form ID: pdf012 | Total Noticed: 8 |

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Anthony Schroeder, I | on behalf of Creditor PennyMac Loan Services  LLC ecftxsb@aldridgepite.com, aschroeder@ecf.courtdrive.com |
| Tara L Grundemeier | on behalf of Creditor Harris County ESD #07 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Harris County ESD #11 houston_bankruptcy@lgbs.com |
| Tara L Grundemeier | on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com |
| Tiffany D Castro | ecf@ch13hou.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 6