United States Bankruptcy Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Ayssac Yarell Correa Martinez and Shirly Daniela Guardado–Funez

Debtor

Case No.: 25–31243

Chapter: 13

---

**ORDER**
**OF DISMISSAL WITH PREJUDICE**
**TO REFILING ANOTHER CASE FOR 180 DAYS**

   The Court conducted a hearing in this case. Based on the pleadings filed in this case, the evidence taken at the hearing and the reasons stated on the record, it is therefore

   **ORDERED** that:

   1.  The above-styled case is DISMISSED.

   2.  The Debtor is barred from filing another bankruptcy case for 180 days following entry of this Order pursuant to 11 U.S.C. § 109(g)(1).

   3.  Violations of this Order may be punishable by contempt.

   Signed and Entered on Docket: 4/30/25.

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge